# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Empire Advisors, LLC,**                :

     **Plaintiff,**                :    Case No. 2:15-cv-3022

  v.                :    Judge Watson

**CSA BioTechnologies, LLC, et al.,**        :    Magistrate Judge Kemp

     **Defendants.**                :

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In light of the Settlement Agreement reached by, among others, the parties to this lawsuit, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of this action with prejudice, with the parties to bear their own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| /s/Adam P. Richards | /s/ Richard R. Thomas |
| Rex H. Elliott (0054054) | Thomas L. Rosenberg (0024898) |
| rexe@cooperelliott.com | trosenberg@ralaw.com |
| Adam P. Richards (0085335) | Roetzel & Andress |
| adamr@cooperelliott.com | 155 East Broad Street |
| Cooper & Elliott, LLC | 12th Floor |
| 2175 Riverside Drive | Columbus, Ohio 43215 |
| Columbus, Ohio 43221 | (614) 463-9770 |
| (614) 481-6000 | (614) 463-9792 (Facsimile) |
| (614) 481-6001 (Facsimile) | |
| | Christine M. Garritano (0078423) |
| Attorneys for Plaintiff | cgarritano@ralaw.com |
| Empire Advisors, LLC | Roetzel & Andress |
| | 1375 East 9th Street |
| | 9th Floor |
| | Cleveland, Ohio 44114 |
| | (216) 623-0150 |
| | (216) 623-0134 (Facsimile) |

Richard R. Thomas (*PRO HAC VICE*)
rthomas@smith-lc.com
Smith, LC
4505 East Chandler Boulevard
Suite 290
Phoenix, Arizona 85048
(480) 361-8575
(480) 350-7309 (Facsimile)

Attorneys for Defendants
CSA Biotechnologies, LLC, N8
Pharmaceuticals, Inc., FAE Holdings
364974R, LLC, Bovine Biotech, LLC,
Ceragyn, LLC, CSA Biotech Managers, LLC,
Beus Investments, LLC, High Desert
Enterprises, LLC, Wesdon Financial, LLC,
Marla K. Robinson Family Trust, Michael C.
Moore, Lance Robinson, and Chad Beus